## Case No. 17,053.

### WALCOTT v. WILCUTT.

District Court, D. Massachusetts. May, 1858.

SHIPPING — ABDUCTION OF MINOR BY MASTER — LIABILITY OF OWNERS.

[Cited in 2 Pars. Shipp. & Adm. 11, to the point that the owners of a whaling vessel are liable for damages for the abduction of a minor by the captain, although they had no personal knowl-

edge of the fact; the act held to be within the scope of the authority of the master as agent of the owners.]

[See Sherwood v. Hall. Case No. 12,777; Luscom v. Osgood, Id. 8,608.]

[Nowhere reported; opinion not now accessible.]